# *Michael Faillace & Associates, P.C.*

60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200          Fax:(212) 317-1620

Miguel Cortes Rubio                                                June 26, 2018
437 Bleecker Street Apt. 4L
Brooklyn, NY
11237

|  |  |
|---|---|
| File #: | LaTraviata |
| **Attention:** | |
| Inv #: | Sample |

RE:   Angel Cortes Rubio v. Pebo Traviata Pizza Corp et al. (18-cv-2820)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-16-18 | Interview with client and intake | 2.00 | 900.00 | MF |
| Mar-28-18 | Meeting with client and retainer | 0.50 | 225.00 | MF |
| Mar-29-18 | Lexis research | 1.00 | 450.00 | MF |
|  | Drafting Complaint | 2.00 | 900.00 | MF |
| Mar-30-18 | Finalizing and filing complaint | 1.50 | 675.00 | MF |
| Apr-03-18 | Damages Calculations | 1.50 | 675.00 | MF |
| May-15-18 | settlement discussions with defense counsel | 0.33 | 115.50 | PH |
| May-17-18 | settlement discussions with defense counsel and client | 0.25 | 87.50 | PH |
| May-30-18 | discussions with client and defense counsel; agreed to settlement in principle | 0.90 | 315.00 | PH |
| Jun-01-18 | draft and submit letter to adjourn initial conference | 0.10 | 35.00 | PH |
|  | draft settlement agreement | 0.50 | 87.50 | PL |
| Jun-26-18 | draft fairness letter | 0.75 | 262.50 | PH |

| | | | | |
|---|---|---|---|---|
| | bring client in to sign settlement agreement | 0.50 | 0.00 | PL |
| | Totals | 11.83 | $4,728.00 | |

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| | Filing Fee | | 400.00 |
| Apr-02-18 | Postage - Initial Pretrial Conference Order served on Defendants | | 6.00 |
| Apr-03-18 | Process Server - Pebo Traviata Pizza Corp (DOS) | | 65.00 |
| | Totals | | $471.00 |

**Total Fee & Disbursements**      $5,199.00

**Balance Now Due**      $5,199.00